

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00280-CR

**AMANDA CHRISTINE ADAMS,**

                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                          **Appellee**

---

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2016-395-C1

---

## O R D E R

---

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 30 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 45 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal abated
Order issued and filed December 14, 2016
Do not publish

